**Dave Andrae TAYLOR, Plaintiff— Appellant,**

v.

**CITY OF FARMVILLE; Farmville Police Department; Farmville Sheriff Department; State of Virginia; Prince Edward County; Office of the Commonwealth Attorney, Defendants—Appellees.**

No. 11–6637.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 22, 2011.

Decided: Oct. 4, 2011.

Dave Andrae Taylor, Appellant Pro Se.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dave Andrae Taylor appeals the district court's order dismissing his complaint filed pursuant to 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. City of Farmville,* No. 1:09–cv–00963–AJT–IDD (E.D.Va. May 3, 2011). We dispense with oral argument because

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*